October 7, 2014

The Honorable Richard M. Gergel
United States District Judge, D.S.C.
P. O. Box 835
Charleston, SC 29402

Re:    (Case No. 9:12-cv-00610-RMG) Savannah Harbor Expansion Project Compromise
       and Settlement Agreement – Notice of Expected Execution of Project Partnership
       Agreement

Dear Judge Gergel:

The Georgia Ports Authority (GPA) and the U.S. Army Corps of Engineers expect to execute the
Project Partnership Agreement (PPA) for the Savannah Harbor Expansion Project (SHEP) on
October 8, 2014.  As set forth in the Compromise and Settlement Agreement entered in *Savannah
Riverkeeper v. United States Army Corps of Engineers*, No. 9:12-610-RMG (D.S.C.) (Settlement
Agreement), within 90 days of the execution of the PPA, GPA will take the following actions:

(1) Transfer 2,000 acres of property owned by the Georgia Department of Transportation to the
    Savannah River Maritime Commission;
(2) Contribute the first of four installments of $750,000 to the South Carolina Department of
    Health and Environmental Control; and
(3) Contribute the first of four installments of $750,000 to the South Carolina Department of
    Natural Resources.

I will contact the relevant parties to coordinate these activities.  Please let me know if you have any
questions.

Yours truly,

s/Rita Bolt Barker

Rita Bolt Barker

cc:    All Counsel of Record